

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2025

No. 04-24-00447-CV

**THE ABADI GROUP COMPANIES, LLC**, and Elias Abadi, Gianluca Ranallo, Alan Levy, and Melanie Levy,
Appellants

v.

**WEINRITTER ST. PAUL SQUARE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19896
Honorable Nicole Garza, Judge Presiding

**ORDER**

Sitting:    Lori Massey Brissette, Justice
            Adrian A. Spears II, Justice
            H. Todd McCray, Justice

Before us is appellant Elias Abadi's June 9, 2025 motion to review supersedeas amount and dissolve injunction, and a supplement to the same filed June 24, 2025 (collectively, the "motion"). Appellee Weinritter St. Paul Square, LLC ("Weinritter") filed a response on July 8, 2025. Abadi filed a reply on July 16, 2025.

In accordance with this court's opinion, and upon consideration of the motion, the supplement, the response, and the reply, Abadi's motion is **granted in part** as to the May 14, 2025 injunction order, and, in accordance therewith, we **remand in part** to the trial court solely to modify the May 14, 2025 injunction order to:

1. revise the definition of "enjoined parties" to eliminate "those people in active concert or participation with them who receive actual notice of the order by personal service or otherwise"; and

2. remove the reference to "TAG" in paragraph 2.c. of section "2.0."

Abadi's motion is **otherwise denied**.

Accordingly, we **lift the stay** we previously granted on July 9, 2025 which temporarily stayed (1) the June 2, 2025 order setting the bond amount at $1,024,171.52 while we reviewed appellant's challenge to the amount of the supersedeas bond and (2) the portion of the May 14, 2025 order granting injunctive relief pursuant to Rule 24.2(d) requiring Abadi to provide Plaintiffs' counsel with monthly reports showing all amounts paid to insiders and affiliates and all transfers of funds and/or other assets exceeding $10,000.00 for each month beginning on June 1, 2025.

We **further order** all appellate deadlines reinstated.

It is so **ORDERED** on December 23, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2025.

_____
Caitlin A. McCamish, Clerk of Court